People v Espino (2021 NY Slip Op 50861(U))

[*1]

People v Espino (Jorge)

2021 NY Slip Op 50861(U) [72 Misc 3d 142(A)]

Decided on September 16, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 16, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Brigantti, Hagler, JJ.

570610/13

The People of the State of New York,
Respondent, 
against
Jorge Espino, Defendant-Appellant.

Defendant appeals from an order of the Criminal Court of the City of New York, New York
County (Alexander M. Tisch, J.), entered May 7, 2013, which designated him a level two sex
offender under the Sex Offender Registration Act (SORA) (Correction Law art 6-C).

Per Curiam.
Appeal from order (Alexander M. Tisch, J.), entered May 7, 2013, dismissed, without
costs.
The appeal must be dismissed because no appeal lies from an order entered on consent of the
appellant (see CPLR 5511; People v Dennis, 64 AD3d 760 [2009]; People v
Welch, 30 AD3d 392 [2006]). Even if this appeal were properly before us, defendant's
contention that he should have received a downward departure is unpreserved (see People v
Gillotti, 23 NY3d 841, 861 n 5 [2014]; People v Johnson, 130 AD3d 454 [2015],
lv denied 26 NY3d 908 [2015]). In any event, we find no basis for such a departure.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 16, 2021